CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Mark Potter, Esq., SBN 166317
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
Teresa Allen, SBN 264865
Mail: PO Box 262490,San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300,San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

TERESA A. CUNNINGHAM (SBN: 136013)
tcunningham@gawvanmale.com
CAITLIN CONNELL (SBN: 272906)
cconnell@gawvanmale.com
GAW VAN MALE, LLP
1000 Main Street, Suite 300
Napa, CA 94559
Telephone: (707) 252-9000,Facsimile: (707) 252- 0792
Attorneys for Defendants
MOHAMMAD H. ABU-HAMDI, erroneously
sued "in individual and representative capacity
as trustee," more accurately named as an individual
and as trustee of the Abu-Hamdi Family Trust;
NADERA H. ABU-HAMDI, erroneously sued
"in individual and representative capacity as trustee,"
more accurately named as an individual and as trustee
of the Abu-Hamdi Family Trust; and GARY M. RAY

**IT IS SO ORDERED**
Judge Susan Illston

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA KOUSSA,<br><br>Plaintiff,<br><br>v.<br><br>MOHAMMAD H. ABU-HAMDI, in individual and representative capacity as trustee; NADERA ABU-HAMDI, in individual and representative capacity as trustee; GARY M. RAY; and Does 1-10,<br><br>Defendants. | Case: 3:16-CV-05104-SI<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

# **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: May 8, 2017      CENTER FOR DISABILITY ACCESS

By: ___/s/ Phyl Grace___
    Phyl Grace
    Attorneys for Plaintiff

Dated: May 8, 2017      GAW VAN MALE, LLP

By: ___/s/ Caitlin Connell___
    Teresa A. Cunningham
    Caitlin Connell
    Attorneys for Defendants
    Mohammad H. Abu-Hamdi, Erroneously sued "in individual and representative capacity as trustee," and more accurately named as an individual as trustee of the Abu-Hamdi Family Trust; Nadera H. Abu-Hamdi, erroneously sued "in individual and representative capacity as trustee," more accurately named as an individual and as trustee of the Abu-Hamdi Family Trust; and Gary M. Ray

# SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Caitlin Connell, counsel for Mohammad H. Abu-Hamdi, erroneously sued "in individual and representative capacity as trustee," more accurately named as an individual and as trustee of the Abu-Hamdi Family Trust; Nadera H. Abu-Hamdi, erroneously sued "in individual and representative capacity as trustee," more accurately named as an individual and as trustee of the Abu-Hamdi Family Trust; and Gary M. Ray, and that I have obtained Ms. Connell's authorization to affix her electronic signature to this document.

Dated: May 8, 2017

CENTER FOR DISABILITY ACCESS

By: /s/ Phyl Grace
Phyl Grace
Attorneys for Plaintiff

# PROOF OF SERVICE

## KOUSSA V. ABU-HAMDI
## 3:16-CV-05104-SI

I, the undersigned, am over the age of eighteen years and I am not a party to the above-entitled action; my business address is 9845 Erma Road, Suite 300, San Diego, CA 92131.

On May 8, 2017 I served the following document(s):

**NOTICE OF NEED OF MEDIATION.**

Addressed to:
Caitlin Connell
1000 Main street ,Suite 300
Napa CA 94559

- ☐ <u>BY MAIL:</u> I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at San Diego, California.
- ☐ <u>BY FACSIMILE:</u> In addition to the service by mail as set forth above, I forwarded a copy of said documents via facsimile to the listed facsimile number.
- ☐ <u>BY OVERNITE EXPRESS:</u> I caused such envelope with postage thereon fully prepaid to be placed in the Designated Overnite Express drop box at San Diego, California.
- ☐ <u>BY PERSONAL SERVICE:</u> I caused said documents to be personally served on all listed recipients via Diversified Legal Services.
- ☑ <u>BY ELECTRONIC MAIL TRANSMISSION:</u> via the United States District Court, Northern District of California's CM/ECF system. I caused the listed documents to be electronically filed and subsequently emailed to the recipient(s).

Executed on May 8, 2017, from San Diego, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*/s/ Renuka P.*

_____
Renuka Patil

PROOF OF SERVICE